■ The People of the State of New York, Respondent, v Israel Ramon, Also Known as Israel Rodriguez, Appellant. —Judgment, Supreme Court, New York County (Martin Rettinger, J.), rendered on March 5, 1984, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and

agree with appellant's assigned counsel that there are no nonfrivolous points which would be raised on this appeal. Concur—Sandler, J. P., Carro, Milonas, Rosenberger and Ellerin, JJ.